**Exhibit C**

**IN-HOUSE DESIGNEE ACKNOWLEDGMENT AND AGREEMENT
TO BE BOUND BY PROTECTIVE ORDER**

I, _____, state:

1. I reside at _____.

2. My present employer is _____.

3. My present occupation or job description is _____.

4. I have read the Protective Order ("Order") in the matter(s) of *S.I.SV.EL. Societa Italiana Per Lo Sviluppo Dell'elettronica S.p.A. v. Spotify USA Inc.,* C.A. No. 1:18-cv-00070-MN-CJB and/or *S.I.SV.EL. Societa Italiana Per Lo Sviluppo Dell'elettronica S.p.A. v. Rhapsody International Inc.,* C.A. No. 1:18-cv-00069-MN-CJB and understand and will abide by its terms. I will not divulge any Designated Material to persons other than those specifically authorized by the Order. I will not use any Designated Material in any manner not expressly allowed by the Order. I agree that accessing HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE Material pursuant to this Acknowledgment binds me from working on the commercial development of content streaming technology for a period of two years.

5. I agree to be subject to the authority of the United States District Court in the District of Delaware in the event of any dispute related to this agreement.

6. I state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____ 20\_\_\_       _____
                                           Signature