## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.I.SV.EL. SOCIETA ITALIANA PER LO SVILUPPO DELL'ELETTRONICA S.P.A, <br><br> Plaintiff, <br><br> v. <br><br> RHAPSODY INTERNATIONAL INC., <br><br> Defendant. | C.A. No. 1:18-cv-00069-MN-CJB <br><br><br> **JURY TRIAL DEMANDED** |
| S.I.SV.EL. SOCIETA ITALIANA PER LO SVILUPPO DELL'ELETTRONICA S.P.A, <br><br> Plaintiff, <br><br> v. <br><br> SPOTIFY USA INC. <br><br> Defendant. | C.A. No. 1:18-cv-00070-MN-CJB <br><br><br> **JURY TRIAL DEMANDED** |

**JOINT COMMUNICATION REGARDING
PROTECTIVE ORDER DISPUTE**

Dated: October 29, 2019

The parties jointly make this submission in response to the Court's request during the teleconference held in this matter on October 28, 2019. The proposal of Plaintiff S.I.SV.EL. Societa Italiana Per Lo Sviluppo Dell'elettronica S.p.A. ("Plaintiff") is attached hereto as Exhibit A to this letter ("Plaintiff's Proposed Order"). The proposal of Defendants Rhapsody International Inc. and Spotify USA, Inc. ("Defendants") is attached as Exhibit A to Defendants' opening brief filed October 16, 2019 (DI. 57-1) ("Defendants' Proposed Order").

**Dispute 1**: The parties' first dispute concerns whether a designated corporate representative may access HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE designated materials. The parties' proposals are contained in paragraphs 17 and 18 of Plaintiffs' Proposed Order and Defendants' Proposed Order, respectively.

**Plaintiff proposes**: "Only the persons identified in Paragraph 16(b)-(h) and one (1) in-house designee for Defendant and Plaintiff (who has signed the "In-House Designee Agreement to Be Bound by Protective Order" attached as Exhibit C) are permitted to have access to HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY Material;" "Only the persons identified in Paragraph 16(b)-(h) and one (1) in-house designee for Defendant and Plaintiff (who has signed the "In-House Designee Agreement to Be Bound by Protective Order" attached as Exhibit C) are permitted to have access to HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE Material."

**Defendants propose**: "Only the persons identified in Paragraph 16(b)-(h) are permitted to have access to HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY Material;" "Only the persons identified in Paragraph 16(b)-(h) are permitted to have access to HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE Material."

**Dispute 2**: The parties' second dispute concerns whether HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY designated material may be exported outside of the United States. The parties' proposals are contained in paragraph 40(a)-(b) of Plaintiffs' Proposed Order and Defendants' Proposed Order, respectively.

**Plaintiff proposes**: "(a) HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE Material may only be transported between or among qualified recipients by hand delivery. (b) HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY Material may only be transported: (i) by hand delivery; (ii) in sealed envelopes or containers via the mail or an established overnight, freight, delivery, or messenger service; or (iii) by telephone, facsimile, or other electronic transmission system, where, under the circumstances, there is no reasonable likelihood that the transmission will be intercepted or misused by any person who is not a qualified recipient."

**Defendants propose**: "(a) HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE Material may only be transported between or among qualified recipients by hand delivery. HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE Material may not be exported outside the United States or released to any foreign national (even if within the United States); (b) HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY Material may only be transported: (i) by hand delivery; (ii) in sealed envelopes or containers via the mail or an established overnight, freight, delivery, or messenger service; or (iii) by telephone, facsimile, or other electronic transmission system, where, under the circumstances, there is no reasonable likelihood that the transmission will be intercepted or misused by any person who is not a qualified recipient. HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY Material may not be exported outside the United States or released to any foreign national (even if within the United States)."

Dated: October 29, 2019                                    Respectfully submitted,

| | |
|---|---|
| DEVLIN LAW FIRM LLC | POTTER ANDERSON & CORROON LLP |
| */s/ Timothy Devlin* | */s/ Bindu Ann George Palpura* |
| Timothy Devlin (No. 4241) | Bindu Ann George Palapura |
| James M. Lennon (No. 4570) | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| 1526 Gilpin Avenue | P.O. Box 951 |
| Wilmington, DE 19806 | Wilmington, DE 19899-0951 |
| Telephone: (302) 449-9010 | Telephone: (302) 984-6000 |
| tdevlin@devlinlawfirm.com | bpalapura@potteranderson.com |
| *Attorney for Plaintiff* | *Attorney for Defendants Spotify USA Inc. and* |
| *S.I.SV.EL. Societa Italiana Per Lo Sviluppo* | *Rhapsody International Inc.* |
| *Dell'elettronica S.p.A.* | |